# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS PHARMA U.S., INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA EUROPE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED,<br><br>Defendant. | C.A. No. 18-932-RGA |

## STIPULATION OF DISMISSAL

WHEREAS Plaintiffs Astellas Pharma Inc., Astellas Pharma U.S., Inc., Astellas Ireland Co. Ltd., and Astellas Pharma Europe Ltd. (collectively, "Astellas"); and Defendant Aurobindo Pharma Limited ("Aurobindo") are parties to a litigation relating to United States Patent No. 6,017,927 ("the '927 patent");

WHEREAS, Defendant Aurobindo has converted its Paragraph IV certification with respect to the '927 patent to a Paragraph III certification pursuant to which it agrees that the '927 patent, plus any other exclusivity, will expire before the requested approval of its ANDA;

WHEREAS Defendant Aurobindo agrees that it will not seek or accept final approval by the FDA of its ANDA on a date that is earlier than the expiration date of the '927 patent, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or become entitled;

WHEREAS, pursuant to Aurobindo's conversion of its Paragraph IV certification to a Paragraph III certification with respect to the '927 patent, the parties have resolved this action;

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of Aurobindo converting its Paragraph IV

Certification to a Paragraph III certification as relayed to the FDA on September 18, 2018, Plaintiffs Astellas and Defendant Aurobindo hereby agree and stipulate to the following:

All claims, counterclaims and affirmative defenses of Aurobindo or Astellas asserted in this action are hereby dismissed without prejudice;

Astellas and Aurobindo shall each bear their own costs and attorney fees; and

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce Aurobindo's Paragraph III conversion.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: September 21, 2018 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY GALLAGHER LLP |
| /s/ Derek J. Fahnestock | /s/ Arthur G. Connolly, III |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347 Wilmington, DE 19899 (302) 658-9200 jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Arthur G. Connolly, III (#2667)<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Pharma U.S., Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Europe Ltd.* | *Attorneys for Defendants Aurobindo Pharma Limited* |

IT IS SO ORDERED this 21 day of Sept., 2018.

_____
The Honorable Richard G. Andrews

2